**Motion Granted; Vacated and Remanded, and Memorandum Opinion filed February 14, 2012.**



In The

# Fourteenth Court of Appeals

————————

### NO. 14-11-00793-CV

————————

**AGILITY PROJECT LOGISTICS, INC., Appellant**

**V.**

**CONTRACTORS CARGO COMPANY, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-22108**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a default judgment signed July 15, 2012. On October 6, 2011, this court ordered the parties to mediate the case. On February 2, 2012, the parties filed a joint motion to dismiss the appeal and vacate the underlying judgment because they have settled the case. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed with prejudice. We order the cause remanded to the trial court with instructions to vacate the default judgment signed July

15, 2011, dismiss all claims with prejudice, and order costs taxed against the party incurring the same.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Jamison and McCally.